**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SAFELITE GROUP, INC., et al. | : | |
| | : | |
| Plaintiffs, | : | Case No.: 25-cv-03144 |
| | : | |
| v. | : | |
| | : | |
| SAFELIFE AUTO GLASS LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**JOINT MOTION FOR ENTRY OF JUDGMENT ON CONSENT**

Pursuant to direction from the Court on May 5, 2026, the parties hereby jointly move the Court for entry of the Judgment on Consent attached hereto as Exhibit A. The parties have reached a settlement resolving all claims and defenses asserted in the above-captioned action. A material term of the parties' settlement is the entry of a judgment on consent containing the substance of the proposed Judgment on Consent attached hereto.

The parties have agreed to the form and substance of the attached Judgment on Consent. Accordingly, the parties jointly submit the attached Judgment on Consent for the Court's consideration and entry if acceptable. Counsel and the parties will make themselves available at the Court's convenience should the Court wish to discuss the proposed judgment.

4933-2300-4588.1

Dated: May 26, 2026

Respectfully submitted,

/s/ T. Earl LeVere

T. Earl LeVere (OH Reg. No. 0063515)
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: 614-462-1095
E-Mail: earl.levere@icemiller.com

Alice A. Kelly (IL Reg. No. 6281897)
Ice Miller LLP
200 West Madison Street, Suite 3500
Chicago, IL 60606
Telephone: 312.726.1567
E-Mail: alice.kelly@icemiller.com

*Attorneys for Plaintiffs Safelite Group, Inc. and Safelite Fulfillment, Inc.*

/s/Dennis Esford

Dennis Esford
Windy City Trial Group
120 S. LaSalle Street, Suite 1530
Chicago, IL 60603
P: 312.405.7725
E: Denny@WindyCityTrialGroup.com

*Attorney for Defendants Obed Alarqan and Safelife Auto Glass LLC*

4933-2300-4588.1

2